Henri I. Ripstra, for appellant; Theodore O. Cutright, for appellee. Opinion by JUSTICE DADY. Not to be published in full. Opinion filed October 31, 1949; released for publication November 28, 1949.

## Thomas E. Connelly, Appellee, v. Stephen E. Hurley et al., Civil Service Commissioners of Chicago, Appellants.

Gen. No. 44,765.

Benjamin S. Adamowski, Corporation Counsel, for appellants; L. Louis Karton, Head of Appeals and Review Division, and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Clarence M. Dunagan and Emmet F. Byrne, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed November 8, 1949; released for publication November 23, 1949.

54